**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO.  5:20-CV-015-KDB-DCK**

| | | |
|---|---|---|
| **MISTY MARTIN, individually,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **LOWE'S COMPANIES, INC.,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by James J. Mills, concerning Charles R. Ash, IV on March 4, 2020.  Charles R. Ash, IV seeks to appear as counsel *pro hac vice* for Plaintiff, Misty Martin, individually and on behalf of all other similarly situated individuals.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

IT IS, THEREFORE, ORDERED that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**.  Charles R. Ash, IV is hereby admitted *pro hac vice* to represent Plaintiff, Misty Martin, individually and on behalf of all other similarly situated individuals.

Signed: March 4, 2020

David C. Keesler
United States Magistrate Judge