IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-015-KDB-DCK

| | |
|---|---|
| MISTY MARTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LOWE'S COMPANIES, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) filed by Paul J. Peralta, concerning Jason C. Schwartz on April 23, 2020. Jason C. Schwartz seeks to appear as counsel *pro hac vice* for Defendant Lowe's Companies, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 16) is **GRANTED**. Jason C. Schwartz is hereby admitted *pro hac vice* to represent Defendant Lowe's Companies, Inc.

Signed: April 24, 2020

David C. Keesler
United States Magistrate Judge