# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:20-CV-015-KDB-DCK

| | |
|---|---|
| MISTY MARTIN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LOWE'S COMPANIES, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) filed by Paul J. Peralta, concerning Molly T. Senger on April 23, 2020. Molly T. Senger seeks to appear as counsel *pro hac vice* for Defendant Lowe's Companies, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) is **GRANTED**. Molly T. Senger is hereby admitted *pro hac vice* to represent Defendant Lowe's Companies, Inc.

Signed: April 24, 2020

David C. Keesler
United States Magistrate Judge