IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00015-KDB-DCK

| | |
|---|---|
| MISTY MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S COMPANIES, INC.,<br><br>Defendant. | **ORDER** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Approve Settlement Agreement (Doc. No. 39). The Court has carefully considered this motion and the parties' proposed settlement agreement. With the Court's understanding that the agreement does not in any manner bind or affect the rights of any current or former employee of the Defendant other than the Plaintiff, the Court will grant the motion and approve the proposed settlement agreement as the represented result of the parties' good faith negotiations and compromise.

**NOW THEREFORE IT IS ORDERED THAT:**

1. The parties' Joint Motion (Doc. No. 39) is **GRANTED; and**
2. The parties shall proceed with their settlement in accordance with its terms.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: November 16, 2020

Kenneth D. Bell
United States District Judge

1